SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Eric Patrick<br>Defendant | Case No. 6:24-cr-287-CEM-RMN |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Eric Patrick,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of 18 U.S.C. § 371;
Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b);
Receipt and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

Date: 12/18/24

*Issuing officer's signature*

City and state: Orlando, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12-19-24, and the person was arrested on *(date)* 1-2-25
at *(city and state)* Orlando FL.

Date: 1-2-25

*Arresting officer's signature*

Steve Hawthorn   DUSM
*Printed name and title*